UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -8  P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

ELEANOR J. KERRIGAN and ) C.A. No.:
SEAN J. KERRIGAN, )
a minor child, by his parent and next best )
friend, Eleanor J. Kerrigan )
)
Plaintiff, )
v. )
)  **04 CV 12133 RCL**
JOHN W. CURRAN, )
DIEBOLD, INC. and CRAWFORD )
& COMPANY )
)
Defendants. )

MAGISTRATE JUDGE Alexander

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, John W. Curran and Diebold, Inc., in the above captioned matter.

> The Defendants,
> JOHN W. CURRAN AND DIEBOLD, INC.,
> By their attorney,
>
> _[signature]_
> Edward D. Shoulkin
> B.B.O. No. 555483
> TAYLOR, DUANE, BARTON & GILMAN, LLP
> 160 Federal Street, 5th Floor
> Boston, MA 02110
> (617) 654-8200

## CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, Esq., hereby certify that on this 8th day of October, 2004, I served a copy of the above, by overnight mail, postage prepaid to: Andrew J. Schultz, Esq., 50 Mall Road, Suite 209, Burlington, MA 01803, attorney for the plaintiffs, and to co-defendant, Crawford & Company, 110 Second Avenue, Needham, MA 02492.

_[signature]_
Edward D. Shoulkin