UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELEANOR J. KERRIGAN and SEAN J. KERRIGAN, a minor child, by his parent and next best friend, Eleanor J. Kerrigan | ) ) ) ) ) | C.A. No.: |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN W. CURRAN, DIEBOLD, INC. and CRAWFORD & COMPANY | ) ) ) ) | |
| Defendants. | ) | |

FILED
IN CLERKS OFFICE

2004 OCT -8 P 1: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

04cv12133 RCL

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, John W. Curran and Diebold, Inc., in the above captioned matter.

The Defendants,
JOHN W. CURRAN AND DIEBOLD, INC.,
By their attorney,

Edward Coburn
B.B.O. No. 655916
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

## CERTIFICATE OF SERVICE

I, Edward Coburn, Esq., hereby certify that on this 8th day of October, 2004, I served a copy of the above, by overnight mail, postage prepaid to: Andrew J. Schultz, Esq., 50 Mall Road, Suite 209, Burlington, MA 01803, attorney for the plaintiffs, and to co-defendant, Crawford & Company, 110 Second Avenue, Needham, MA 02492.

Edward Coburn