# TAYLOR DUANE BARTON & GILMAN, LLP



ALLAN E. TAYLOR*
JAMES J. DUANE III*
JOHN J. BARTON**
PAMELA SLATER GILMAN*
EDWARD D. SHOULKIN*
JENNIFER ELLIS BURKE*
FRANCIS A. CONNOR III**
ROBERT C. SHINDELL**
CRAIG R. WAKSLER**
STEPHEN ADAMS***
SHERI L. PIZZI*
ANDRIA COLETTA**
TAMARA J. SMITH*
ROBERT M. ELMER***
CAROLE L. McLAUGHLIN**
ERIC M. CHODKOWSKI*
LAWRENCE T. GINGROW III**
TIMOTHY F. BRAY*
EDWARD COBURN**
ANDREW C. COULAM**
ANDREW R. WEINER*
C. MURRAY HARRIS**
KRISTIE L. McCANN**

\* admitted in Massachusetts
\* admitted in Rhode Island
" admitted in Connecticut
^ admitted in New York
~ admitted in Maine

Attorneys at Law

160 Federal Street
Boston, Massachusetts 02110

617/654-8200
Fax 617/482-5350
www.tdbgllp.com

10 Dorrance Street, Suite 700
Providence, Rhode Island 02903

401/273-7171
Fax 401/273-2904

Writer's Email Address
ecoburn@tdbgllp.com

October 15, 2004

**BY HAND DELIVERY**

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Court House Way
Boston, MA 02210

Re:    Eleanor J. Kerrigan and Sean J. Kerrigan v. John W. Curran, Diebold, Inc., and
       Crawford & Company
       United States District Court, C.A. No. 04cv12133 RCL

Dear Sir/Madam:

Pursuant to Local Rule 81.1, we are enclosing for filing in the above matter certified copies of all records and docket entries in the Middlesex Superior Court. This case was removed to the United States District Court on October 8, 2004.

Very truly yours,

Edward Coburn

EC/jcm
Enclosures
cc:    Andrew J. Schultz, Esq.
       Anthony M. Campo, Esq.