UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR J. KERRIGAN and<br>SEAN J. KERRIGAN,<br>A minor child, by his parent and<br>next best friend Eleanor J. Kerrigan<br>Plaintiffs,<br><br>v.<br><br>JOHN W. CURRAN,<br>DIEBOLD, INC., and<br>CRAWFORD & COMPANY<br>Defendants. | C.A. No.: 04-cv-12133-RCL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Diebold, Inc., certifies that no parent corporation or publicly held company owns ten percent (10%) or more of Diebold, Inc.'s stock.

The Defendants,
John W. Curran, and
Diebold, Inc.
By their Attorneys,

Edward D. Shoulkin
BBO # 555483
Edward Coburn
BBO # 655916
TAYLOR, DUANE, BARTON
& GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

### CERTIFICATE OF SERVICE

I, Edward D. Shoulkin, Esq., hereby certify that on October 15, 2004, I served a copy of the above, by overnight mail, postage prepaid to Andrew L. Schultz, Esq., 50 Mall Road, Suite 209, Burlington, MA 01803, attorney for the plaintiffs, and to Anthony M. Campo, Esq., Boyle, Morrissey & Campo, P.C., 25 Stuart Street, Boston, MA 02116, attorney for co-defendant, Crawford & Company.

Edward D. Shoulkin