UNITED STATES DISCRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR J. KERRIGAN and )
SEAN J. KERRIGAN, A minor child by )
his parent and next best friend, )
Eleanor J. Kerrigan )
    Plaintiffs )
)
v. )
)
JOHN W. CURRAN, DIEBOLD, INC. and )
CRAWFORD & COMPANY )
    Defendants )

C.A. No.:04-cv-12133-RCL

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Crawford & Company certifies that Crawford & Company has no parent company and that no publicly held company owns ten percent (10%) or more of Crawford & Company's stock.

Date: 10/19/04

THE DEFENDANT,
CRAWFORD & COMPANY,
BY ITS ATTORNEYS,

Anthony M. Campo, BBO# 552093
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

### CERTIFICATE OF SERVICE

    Pursuant to Fed. L. R. Civ. P. 5.2, I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Andrew J. Schultz, Esq.
Law Offices of Andrew J. Schultz, P.C.
50 Mall Rd., Ste. 209
Burlington, MA 01803

Edward D. Shoulkin, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA 02110

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF October, 2004.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775