UNITED STATES DISCRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR J. KERRIGAN and )
SEAN J. KERRIGAN, A minor child by )
his parent and next best friend, )
Eleanor J. Kerrigan )
    Plaintiffs )   C.A. No.:04-cv-12133-RCL
)
v. )
)
JOHN W. CURRAN, DIEBOLD, INC. and )
CRAWFORD & COMPANY )
    Defendants )

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the defendant, Crawford & Company, in the above captioned action.

/s/ Anthony M. Campo
Anthony M. Campo, BBO# 552093
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. L. R. Civ. P. 5.2, I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Andrew J. Schultz, Esq.
Law Offices of Andrew J. Schultz, P.C.
50 Mall Rd., Ste. 209
Burlington, MA 01803

Edward D. Shoulkin, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA   02110

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF October, 2004.

_____
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775