TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ................ , ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.  2004-03153-E

Fed # 04-CV-12133-RC

Eleanor Kerrigan
Sean Kerrigan
........................ , Plaintiff(s)

John W. Curran
Diebold, Inc.
Crawford & Company , Defendant(s)

## SUMMONS

To the above-named Defendant:  Diebold, Inc.

You are hereby summoned and required to serve upon .... Andrew J. Schultz, Esq. ..............

.................................................. plaintiff's attorney, whose address is .. 50 Mall Road, Suite 209

Burlington, MA  01803 ..............................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at 40 Thorndike Street

Cambridge, MA 02141 ...................... either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at .... Cambridge, MA ...........................................

the ............. 8th ................................. day of ... September ...........................................

...................., in the year of our Lord .... 2004 ........................... .

*Edward J Sullivan*

**Clerk**

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 22, 2004
I hereby certify and return that on 9/20/2004 at 11:00AM I served a true and
attested copy of the Summons, Complaint, Cover Sheet and Tracking Order, Statement
of Damages, Counsel Cert in this action in the following manner: To wit, by
delivering in hand to A.Liberto,Process Clerk & agent in charge of CT Corp & its
agent, for Diebold, Inc., at , 101 Federal Street,  Boston, MA 02110. Basic
Service Fee (IH) ($30.00), Travel ($3.20), Postage and Handling ($1.00),
Attest/Copies ($5.00) Total Charges $39.20

*Deputy Sheriff*

Deputy Sheriff   John Cotter

Dated: ...............................................................................................

**N.B. TO PROCESS SERVER:**
   **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX**
   **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

(                                      )

(   ..................................................., ........... )

(                                      )

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.

MIDDLESEX ....... ss.

Pltf.

v.

Deft.

**SUMMONS**
(Mass. R. Civ. P. 4)