UNITED STATES DISCRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELEANOR J. KERRIGAN and ) <br> SEAN J. KERRIGAN, A minor child by ) <br> his parent and next best friend, ) <br> Eleanor J. Kerrigan ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> JOHN W. CURRAN, DIEBOLD, INC. and ) <br> CRAWFORD & COMPANY ) <br> Defendants ) | C.A. No.:04-cv-12133-RCL |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please be advised that Boyle, Morrissey & Campo, P.C., counsel for the Defendant, Crawford & Company, in the above-captioned matter, have changed their address to:

Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111

THE DEFENDANT,
CRAWFORD & COMPANY,
BY ITS ATTORNEYS,

DATED: 11/15/04

Anthony M. Campo, BBO# 552093
Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. L. R. Civ. P. 5.2, I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Andrew J. Schultz, Esq.
Law Offices of Andrew J. Schultz, P.C.
50 Mall Rd., Ste. 209
Burlington, MA 01803

Edward D. Shoulkin, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA 02110

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15th DAY OF November, 2004.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775