UNITED STATES DISCRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR J. KERRIGAN and )
SEAN J. KERRIGAN, A minor child by )
his parent and next best friend, )
Eleanor J. Kerrigan ) C.A. No.:04-cv-12133-RCL
    Plaintiffs )
)
v. )
)
JOHN W. CURRAN, DIEBOLD, INC. and )
CRAWFORD & COMPANY )
    Defendants )

**AFFIDAVIT OF COUNSEL IN COMPLIANCE WITH LOCAL FEDERAL RULE 7.1(A)(2)**

I, Keith L. Sachs (BBO# 634025), attest as follows:

1. I, along with Anthony M. Campo, am counsel for defendant Crawford & Company.

2. On this day I served on all counsel of record **DEFENDANT CRAWFORD & COMPANY'S MOTION TO SEVER CLAIMS AND TO STAY DISCOVERY** and supporting memorandum.

3. Prior to service, I attempted with opposing counsel to resolve the issues presented in the motion.

4. No resolution was made.

Signed under the pains and penalties of perjury this 6 day of December 2004.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Floor 11
Boston, MA 0211
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. L. R. Civ. P. 5.2, I, Keith L. Sachs, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Andrew J. Schultz, Esq.
Law Offices of Andrew J. Schultz, P.C.
50 Mall Rd., Ste. 209
Burlington, MA  01803

Edward D. Shoulkin, Esq.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
5th Floor
Boston, MA  02110

SIGNED UNDER THE PENALTIES OF PERJURY THIS 6th DAY OF December, 2004.

Keith L. Sachs, BBO# 634025
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Floor 11
Boston, MA 0211
25 Stuart Street
Boston, MA 02116
(617) 451-2000