UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR J. KERRIGAN and )<br>SEAN J. KERRIGAN, )<br>a minor child, by his parent and next best )<br>friend, Eleanor J. Kerrigan )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>JOHN W. CURRAN, )<br>DIEBOLD, INC. and CRAWFORD )<br>& COMPANY )<br>   )<br>   Defendants.   ) | C.A. No.:04CV12133 RCL |

## STIPULATION OF THE PARTIES

Now come the parties in the above captioned case who respectfully stipulate to the following:

1) With respect to Defendant Diebold, Inc.'s *Motion to Dismiss Count IV of the Plaintiff's Complaint, or in the Alternative, to Sever and Stay Count IV of the Plaintiff's Complaint*, filed on January 19, 2005, the parties assent to Diebold's Motion with respect to its request to Sever and Stay Count IV of the Plaintiff's Complaint. The parties further agree that, upon the allowance of that portion of the Motion seeking to sever and stay, the Court need not rule at this time on that portion of the Motion that seeks a dismissal of Count IV of the Plaintiffs' Complaint. It is further agreed by the parties that Diebold may in the future, without any prejudice, renew its Motion to Dismiss Count IV of

the Plaintiffs' Complaint, or file a new and separate motion seeking the dismissal of Count IV, as the circumstances may warrant.

2) All parties assent to Defendant Crawford and Company's *Motion to Sever and Stay* filed on December 6, 2004.

Dated: February 2, 2005

Assented to by:

_____
Andrew J. Schultz, Esq.
Counsel for Plaintiffs
Law Offices of Andrew J. Schultz, P.C.
50 Mall Road, Suite 209
Burlington, MA 01803
BBO #650536
781-229-0440

_____
Edward D. Shoulkin, Esq.
Counsel for Diebold Inc. & John Curran
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
BBO #555483
617-654-8200

_____
Keith Sachs, Esq.
Counsel for Crawford & Company
Boyle, Morrissey, & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA 02110
BBO #634025
617-451-2000