UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAR 14 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELEANOR J. KERRIGAN and SEAN J. KERRIGAN, a minor child, by his parent and next best friend, Eleanor J. Kerrigan<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. CURRAN, DIEBOLD, INC. and CRAWFORD & COMPANY<br><br>Defendants. | C.A. No.: 04CV12133 RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this action be dismissed as to all parties with prejudice, without costs and all rights of appeal being waived.

The Plaintiffs,
Eleanor J. Kerrigan,
and Sean Kerrigan,
By their Attorneys,

*/s/ Andrew J. Schultz (SVL)*

Andrew J. Schultz, Esq.
BBO # 650536
LAW OFFICES OF
ANDREW J. SCHULTZ, P.C.
50 Mall Road
Suite 209
Burlington, MA 01803
(781) 229-0440

The Defendants,
John W. Curran, and
Diebold, Inc.,
By their Attorneys,

*/s/*

Edward D. Shoulkin
BBO # 555483
Edward Coburn
BBO # 655916
TAYLOR, DUANE, BARTON
& GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

The Defendant,
Crawford & Company,
By its Attorneys,

*/s/ Keith Sachs (ELC)*

Keith Sachs, Esq.
B.B.O. # 634025
Anthony M. Campo, Esq.
B.B.O. # 552093
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
(617) 451-2000

## CERTIFICATE OF SERVICE

I, Edward Coburn, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 10, 2006.

*/s/ Edward Coburn*

Edward Coburn